A. SASHA FRID (State Bar No. 216800)
sfrid@millerbarondess.com
MILLER BARONDESS, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Telephone: (310) 552-4400
Facsimile: (310) 552-8400

JS-6

Attorneys for Defendant
VIRTUAL SONICS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SCOTT MEDNICK and SKYLER MEDNICK,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>VIRTUAL SONICS, INC.,<br><br>　　　　Defendant. | CASE NO. 2:21-CV-03755-MRW<br><br>[~~PROPOSED~~] JUDGMENT ON JURY VERDICT<br><br>Hon. Michael R. Wilner<br>United States Magistrate Judge |

1 ~~This action came on regularly for trial on November 15, 2022 in Department~~
2 ~~550 of the above-entitled Court, the Honorable Michael R. Wilner presiding.~~
3 ~~Plaintiffs Scott Mednick and Skyler Mednick ("Plaintiffs") appeared through their~~
4 ~~attorneys of record, Tracey A. Kennedy and Rena Andoh. Defendant Virtual~~
5 ~~Sonics, Inc. ("Virtual Sonics" or "Defendant") appeared through its counsel, A.~~
6 ~~Sasha Frid and Erik L. Wilson.~~
7 ~~A jury of eight persons was impaneled and sworn. Witnesses were sworn and~~
8 ~~testified. After hearing the evidence and arguments of counsel, the jury was duly~~
9 ~~instructed by the Court, and the case was submitted to the jury with directions to~~
10 ~~return a verdict on the verdict form. The jury deliberated and, thereafter, on~~
11 ~~November 18, 2022, returned into Court with its verdict and answers thereto, which~~
12 ~~verdict was in words and figures as follows:~~
13 ~~*  *  *~~
14 ~~WE, THE JURY in the above entitled action, unanimously find as follows on~~
15 ~~the questions submitted to us:~~
16 ~~**QUESTION NO. 1:** Did Scott and Skyler Mednick each perform work~~
17 ~~for Virtual Sonics, Inc.?~~
18 ~~YES   X    NO~~
19 ~~If you answered "Yes," proceed to Question No. 2.~~
20 ~~If you answered "No", please date and sign below, and return this form to the~~
21 ~~Court.~~
22 ~~**QUESTION NO. 2:** Does Virtual Sonics owe the Mednicks unpaid~~
23 ~~wages under the terms of their employment?~~
24 ~~YES    NO   X~~
25 ~~If you answered "Yes", proceed to Question No. 3.~~
26 ~~If you answered "No", please date and sign below, and return this form to the~~
27 ~~Court.~~
28

587304.4
2
PROPOSED JUDGMENT ON JURY VERDICT

1  ~~**QUESTION NO. 3:**   Did the Mednicks release their claims for unpaid~~
2  ~~wages against Virtual Sonics?~~
3  ~~YES _____   NO _____~~
4  ~~If you answered "No", proceed to Question No. 4.~~
5  ~~If you answered "Yes", please date and sign below, and return this form to the~~
6  ~~Court.~~
7  ~~**QUESTION NO. 4:**   What is the amount of unpaid wages for each~~
8  ~~Plaintiff?~~
9  ~~Scott Mednick:   $_____~~
10 ~~Skyler Mednick:  $_____~~
11 ~~Please proceed to Question No. 5.~~
12 ~~**QUESTION NO. 5:**   Did Virtual Sonics willfully fail to pay the~~
13 ~~Mednicks all wages when due?~~
14 ~~YES _____   NO _____~~
15 ~~Please date and sign below, and return this form to the Court. Thank you.~~
16
17 ~~DATED: November 18, 2022          /s/ _____~~
18 ~~                                  FOREPERSON OF THE JURY~~
19
20                              *   *   *
21 ~~Thereafter, the verdict was filed with the clerk of the Court and entered upon~~
22 ~~the minutes.~~
23 ~~It appearing by reason of the jury verdict that Virtual Sonics is entitled to~~
24 ~~judgment against Plaintiffs.~~
25 ~~Following the jury verdict, Virtual Sonics brought a motion to recover its~~
26 ~~attorneys' fees and costs, which Plaintiffs opposed. On March 21, 2023, the Court~~
27 ~~issued its Order awarding Virtual Sonics $1,186,110 in attorneys' fees and $78,577~~
28 ~~in costs for a final fee and cost award of $1,264,687.~~

587304.4

3
PROPOSED JUDGMENT ON JURY VERDICT

~~Page 6~~

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:

(1) Judgment in full is entered in favor of Virtual Sonics against Plaintiffs as to each and every cause of action asserted in Plaintiffs' Complaint in this action;

(2) Plaintiffs shall take nothing by way of their Complaint against Virtual Sonics, and the same, including each claim of relief, is hereby dismissed, with prejudice; and

(3) Virtual Sonics is the prevailing party in this action. Virtual Sonics and its counsel of record shall recover its attorneys' fees and costs against Plaintiffs the amount of $1,264,687, plus post-judgment interest, accruing from the date that this judgment is entered.

That Judgment shall be entered accordingly.

**IT IS SO ORDERED.**

DATED: March 24, 2023

_____
HON. MICHAEL R. WILNER
United States Magistrate Judge

587304.4

4
PROPOSED JUDGMENT ON JURY VERDICT

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of . My business address is 2121 Avenue of the Stars, Suite 2600, Los Angeles, CA 90067.

On March 23, 2023, I served true copies of the following document(s) described as:

**NOTICE OF LODGING OF [PROPOSED] JUDGMENT ON JURY VERDICT**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 23, 2023, at Los Angeles, California.

/s/ *Alexandria Alamango*
Alexandria Alamango

---

8
NOTICE OF LODGING OF JUDGMENT ON JURY VERDICT

**SERVICE LIST**
**Scott Mednick and Skyler Mednick v. Virtual Sonics, Inc.**
**Case No. 2:21-cv-03755-MRW**

| | |
|---|---|
| Raymond J. Nhan<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6055 | *Attorneys for Plaintiffs*<br>SCOTT MEDNICK AND SKYLER MEDNICK<br><br>Tel:   310-228-3700<br>Email:<br>   redelson@sheppardmullin.com<br>   rnhan@sheppardmullin.com |
| Travis J. Anderson<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>12275 El Camino Real, Suite 100<br>San Diego, CA 92130-4092 | *Attorneys for Plaintiffs*<br>SCOTT MEDNICK AND SKYLER MEDNICK<br><br>Tel:   858-720-8900<br>Email:<br>   tanderson@sheppardmullin.com |
| Rena Andoh<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>30 Rockefeller Plaza<br>New York, NY 10112 | *Attorneys for Plaintiffs*<br>SCOTT MEDNICK AND SKYLER MEDNICK<br><br>Tel:   212-653-8700<br>Email:<br>   randoh@sheppardmullin.com |
| Tracey A. Kennedy<br>SHEPPARD, MULLIN, RICHTER & HAMPTON LLP<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422 | *Attorneys for Plaintiffs*<br>SCOTT MEDNICK AND SKYLER MEDNICK<br><br>Tel:   213-620-1780<br>Email: tkennedy@sheppardmullin.com |